**DENIED and Opinion Filed February 20, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01625-CV

### IN RE MARGIE CLARK, Relator

**Original Proceeding from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-1043-W**

## MEMORANDUM OPINION
Before Justices Lang-Miers, Myers, and Stoddart
Opinion by Justice Stoddart

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to vacate its December 2, 2014 "Order on Motion to Reinstate And Motion to Strike Motion to Reinstate" and order the trial court to grant her "Motion to Reinstate in the Suit Affecting the Parent-Child Relationship." Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude the relator has failed to establish a right to relief. We deny the petition for writ of mandamus. TEX. R. APP. P. 52.8.

/ Craig Stoddart/

CRAIG STODDART

141625F.P05

JUSTICE